PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Ramon Lopez Arias                                    Cr.: 14-00666-001
                                                                       PACTS #: 702961

Name of Sentencing Judicial Officer:    THE HONORABLE CLAIRE C. CECCHI
                                        UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/02/2016

Original Offense:   Count One: Conspiracy to Commit Hobbs Act Robberies
                    Counts Two and Three: Armed Robbery

Original Sentence: 47 months imprisonment and 36 months supervised release concurrent on all counts; $29,561.46 Restitution; $300 ($100 each count) special assessment

Special Conditions: Alcohol and Substance Abuse Testing and Treatment, Mental Health Treatment, No New Debt/Credit

Type of Supervision: Supervised Release          Date Supervision Commenced: 02/14/2018

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   The offender has violated the special supervision condition which states **'You shall refrain from the illegal possession and use of drugs, including prescription medication not prescribed in your name, and the use of alcohol, and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that you shall submit to evaluation and treatment, on an outpatient or inpatient basis, as approved by the U.S. Probation Office. You shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged by the Court. You shall alert all medical professionals of any prior substance abuse history, including any prior history of prescription drug abuse. The Probation Officer shall supervise your compliance with this condition.'**

                    During a home visit with the offender on August 6, 2018, he submitted a urine sample for testing, which yielded positive results for cocaine via a 10-panel instant test. The offender admitted to having used cocaine three days prior, because he was depressed over missing his young son, who is residing in Colombia with the offender's former paramour. The offender also admitted he was spending time with negative associates, which also influenced his decision to ingest the narcotic. The offender signed a Drug Admission Form admitting to his use.

U.S. Probation Officer Action:

This is the offender's first act of noncompliance. The undersigned officer utilized the STARR skill of Effective Use of Disapproval, which allowed the offender to identify the short and long-term consequences of his decision and behavior to use cocaine. The offender was also advised that court notification would be required. At this juncture, we ask no formal action from the Court, as the probation office will refer the offender for outpatient substance abuse treatment, given the fact he admittedly used cocaine and has a history of cocaine use. He also receives mental health treatment for his depression. The probation officer will work with the treatment provider to assist the offender and will increase monitoring of the offender in the community. If Your Honor approves, the probation office requests that this document be used as an official judicial reprimand.

Respectfully submitted,

Luis R. Gonzalez
2018.08.23
15:06:14 -04'00'

By: Gisella M. Bassolino
U.S. Probation Officer
Date: 08/23/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[✓] No Formal Court Action to be Taken at This Time (as recommended by Probation)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

Signature of Judicial Officer

9/5/18

Date